COMMONWEALTH *vs.* HOWARD R. RESKE, JR. Reported below: 43 Mass. App. Ct. 522 (1997).

COMMONWEALTH *vs.* JERRY A. ROBINSON. Reported below: 43 Mass. App. Ct. 1106 (1997).

RAUL GONCALVES *vs.* LABOR RELATIONS COMMISSION. Reported below: 43 Mass. App. Ct. 289 (1997).

MICHAEL G. RAY *vs.* LISA M. LANCIA. Reported below: 43 Mass. App. Ct. 1109 (1997).

SCHOOL COMMITTEE OF BROCKTON *vs.* CIVIL SERVICE COMMISSION & another. Reported below: 43 Mass. App. Ct. 486 (1997).


November 20, 1997

*Further appellate review denied:*

COMMONWEALTH *vs.* SALAHUDDIN ALI. Reported below: 43 Mass. App. Ct. 549 (1997).

COMMONWEALTH *vs.* ROBERT A. CARLTON. Reported below: 43 Mass. App. Ct. 702 (1997).

COMMONWEALTH *vs.* JOHN E. CARTER, THIRD. Reported below: 43 Mass. App. Ct. 1111 (1997).

COMMONWEALTH *vs.* TROY COLEMAN. Reported below: 43 Mass. App. Ct. 1112 (1997).

COMMONWEALTH *vs.* ANTHONY FRENCH. Reported below: 43 Mass. App. Ct. 1113 (1997).

COMMONWEALTH *vs.* DAVID GOGGIN. Reported below: 43 Mass. App. Ct. 1115 (1997).

COMMONWEALTH *vs.* HANS HARRO HASSEL. Reported below: 43 Mass. App. Ct. 1111 (1997).

COMMONWEALTH *vs.* LAWRENCE M. MCARTHUR. Reported below: 42 Mass. App. Ct. 1109 (1997).

COMMONWEALTH *vs.* MYLES MIRANDA. Reported below as COMMONWEALTH *vs.* SALAHUDDIN ALI (and two companion cases): 43 Mass. App. Ct. 549 (1997).

COMMONWEALTH *vs.* ARLON OSARIO (and a companion case). Reported below as COMMONWEALTH *vs.* LUIS ZULUAGA (and three companion cases): 43 Mass. App. Ct. 629 (1997).

COMMONWEALTH *vs.* MICHAEL PERKINS (and seven companion cases). Reported below as COMMONWEALTH *vs.* ROBERT PERKINS (and fifteen companion cases): 43 Mass. App. Ct. 1111 (1997).

COMMONWEALTH *vs.* ROBERT PERKINS (and seven companion cases). Reported below: 43 Mass. App. Ct. 1111 (1997).

COMMONWEALTH *vs.* HUGO RESTREPO. Reported below as COMMONWEALTH *vs.* LUIS ZULUAGA (and three companion cases): 43 Mass. App. Ct. 629 (1997).

COMMONWEALTH *vs.* LUIS ALTURO RIVERA. Reported below: 43 Mass. App. Ct. 1104 (1997).

COMMONWEALTH *vs.* ANTHONY J. ROSE, JR. Reported below as COMMONWEALTH *vs.* SALAHUDDIN ALI (and two companion cases): 43 Mass. App. Ct. 549 (1997).

COMMONWEALTH *vs.* ELIUD SANTIAGO. Reported below: 43 Mass. App. Ct. 1113 (1997).

COMMONWEALTH *vs.* MICHAEL SAWIN. Reported below: 43 Mass. App. Ct. 1114 (1997).

COMMONWEALTH *vs.* THOMAS B. SPILLANE. Reported below: 43 Mass. App. Ct. 1115 (1997).

COMMONWEALTH *vs.* KENNETH VASQUEZ. Reported below: 43 Mass. App. Ct. 1115 (1997).

COMMONWEALTH *vs.* DONALD D. VEZINA, JR. Reported below: 43 Mass. App. Ct. 1112 (1997).

COMMONWEALTH *vs.* ROBERT WOJCIK. Reported below: 43 Mass. App. Ct. 595 (1997).

COMMONWEALTH *vs.* LUIS ZULUAGA. Reported below: 43 Mass. App. Ct. 629 (1997).

· CROSBY YACHT YARD, INC. vs. RICHARD FINN. Reported below: 42 Mass. App. Ct. 1119 (1997).

LEONARD R. FRIEDMAN vs. BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC. Reported below: 43 Mass. App. Ct. 1113 (1997).

JOHN F. GILLESPIE, SR., & another vs. SQUARE PARKING, INC., & another. Reported below: 43 Mass. App. Ct. 1115 (1997).

HRPT ADVISORS, INC. vs. MACDONALD, LEVINE, JENKINS & CO., P.C. Reported below: 43 Mass. App. Ct. 613 (1997).

MARY LOU MURPHY, administratrix, vs. PETER LEVINE & others. Reported below: 43 Mass. App. Ct. 1113 (1997).

LINDA J. OKULA vs. THE SALVATION ARMY & others. Reported below: 43 Mass. App. Ct. 1115 (1997).

GERTRUDE SHEAR vs. WILLIAM GABOVITCH & another, trustees. Reported below: 43 Mass. App. Ct. 650 (1997).

CAROL SKELTON & another vs. TOWN OF TEMPLETON & others. Reported below: 43 Mass. App. Ct. 1112 (1997).

MARY ANN VALIS vs. JOSEPH LAURANZANO. Reported below: 43 Mass. App. Ct. 1114 (1997).

JAMES M. WALSH vs. ELIZABETH O'KEEFE & another. Reported below: 43 Mass. App. Ct. 1115 (1997).

TOWN OF YARMOUTH vs. BARNSTABLE COUNTY RETIREMENT BOARD & another. Reported below: 43 Mass. App. Ct. 1113 (1997).

November 25, 1997

*Further appellate review granted:*

COMMONWEALTH vs. FABIAN ACEVEDO. Reported below: 43 Mass. App. Ct. 1109 (1997).

COMMONWEALTH vs. MANUEL MONTEAGUDO. Reported below: 43 Mass. App. Ct. 921 (1997).

*Further appellate review denied:*

ADOPTION OF FLETCHER. Reported below: 43 Mass. App. Ct. 1112 (1997).

ADOPTION OF GABRIELLE. Reported below: 43 Mass. App. Ct. 1114 (1997).

LAUREL AHLSTROM vs. NATHALIE JUDSON & others. Reported below: 43 Mass. App. Ct. 1109 (1997).

LILIANO BRANCALEONI vs. FABIO BERTARELLI & others. Reported below: 43 Mass. App. Ct. 1112 (1997).

COMMONWEALTH vs. ALAN L. BALLINGER. Reported below: 43 Mass. App. Ct. 1116 (1997).

COMMONWEALTH vs. ANTHONY BROWN. Reported below: 43 Mass. App. Ct. 1114 (1997).

COMMONWEALTH vs. MARK D. LENDER. Reported below: 43 Mass. App. Ct. 1115 (1997).

COMMONWEALTH vs. HECTOR N. MEDINA. Reported below: 43 Mass. App. Ct. 534 (1997).

COMMONWEALTH vs. DAVID PEREZ. Reported below: 43 Mass. App. Ct. 1111 (1997).

COMMONWEALTH vs. KURTIS T. SMALL. Reported below: 43 Mass. App. Ct. 1110 (1997).

COMMONWEALTH vs. MARTIN J. SPEAR. Reported below: 43 Mass. App. Ct. 583 (1997)..

COMMONWEALTH vs. STEPHEN WOJCIK. Reported below as COMMONWEALTH vs. ROBERT WOJCIK (and a companion case): 43 Mass. App. Ct. 595 (1997).

JAMES B. FERGUSON, individually and as trustee, vs. PLANNING BOARD OF MILLIS & another. Reported below: 43 Mass. App. Ct. 1111 (1997).

HAROLD W. STONE & another vs. CITY OF LYNN & another. Reported below: 43 Mass. App. Ct. 1112 (1997).